1  JAMES R. PAGLIERO, ESQ., SB#095898
   PAGLIERO & ASSOCIATES
2  A Professional Corporation
   5701 Marconi Avenue
3  Carmichael, CA 95608
   Mailing Address:  P.O. Box 214389
   Sacramento, CA 95821-0389
4  (916) 481-7100   FAX (916) 481-7101

5  Attorneys for defendant Sandra G.
   Zehnder
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,              )    No. 2:05-CV-00196-WBS-KJM
                                  )
12         Plaintiff,             )    **SUBSTITUTION OF ATTORNEY BY**
                                  )    **DEFENDANT    FOOTHILL    PAPA**
13    v.                          )    **MURPHY'S,  INC.  AND  ORDER**
                                  )    **THEREON**
14 FOOTHILL PAPA MURPHY'S, INC.,  )    _____
   SANDRA G. ZEHNDER; and DOES 1  )
15 through 10, inclusive          )
                                  )
16         Defendants.            )
                                  )
17 _____)

18
        Defendant  Foothill  Papa  Murphy's,  Inc.  substitutes  James
19
   Pagliero,  Esq.,  of  the  law  firm  of  PAGLIERO  &  ASSOCIATES,  A
20
   Professional  Corporation,  as  its  attorneys  of  record  in  place  and
21
   stead of WINSTON & STRAWN, LLP.
22
        The  address  of  Pagliero  &  Associates,  A  Professional
23
   Corporation,  is:  5701 Marconi Avenue,  Carmichael,  CA 95608;  Mailing
24
   address:   P.O. Box 214389,  Sacramento,  CA 95821-0389;  Telephone:
25
   (916) 481-7100; FAX: (916) 481-7101.
26
   DATED: September 19, 2005    FOOTHILL PAPA MURPHYS, INC.
27
                                  /s/DIANNE D. RUSSO
28                         By:  _____

                                  1

1      The undersigned consents to the above substitution.

2   DATED: September 21, 2005      WINSTON & STRAWN, LLP

3                                  /s/TYLER M. PAETKAU
                          By:      _____
4                                  TYLER M. PAETKAU

5

6      The undersigned accepts the above substitution.

7   DATED: September 14, 2005      PAGLIERO & ASSOCIATES
                                   A Professional Corporation
8
                                   /s/JAMES R. PAGLIERO
9                         By:      _____
                                   JAMES R. PAGLIERO
10

11

12                              **ORDER**

13     Good cause appearing therefor,

14     IT IS SO ORDERED.

15  DATED: October 3, 2005

16

17  _____
    WILLIAM B. SHUBB
18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1

G:\DOCS\SHU\DSHU2\inBOX\Signed\SUB-ATTNY.wpd #4

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS BY FOOTHILL PAPA MURPHY'S          2:05-CV-00196-WBS-KJM